FILED 18 SEP '19 14:32 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:19-cr-00426-MO |
| v. | INDICTMENT |
| RICK ALEXANDER SMITH, | 21 U.S.C. § 841(a)(1), (b)(1)(C); |
| Defendant. | 21 U.S.C. § 858 |
| | Forfeiture Allegation |
| | UNDER SEAL |

THE GRAND JURY CHARGES:

**COUNT 1**
**(Endangering Human Life**
**While Illegally Manufacturing a Controlled Substance)**
**(21 U.S.C. § 858)**

From a date unknown until on or about February 8, 2018, in the District of Oregon, defendant **RICK ALEXANDER SMITH**, while knowingly and intentionally manufacturing and attempting to manufacture marijuana, in the form of butane hash oil, a Schedule I controlled substance, knowingly and intentionally created a substantial risk of harm to human life;

In violation of Title 21, United States Code, Section 858.

///

///

///

**Indictment** Page 1
Revised April 2018

## COUNT 2
### (Possessing Marijuana with Intent to Distribute)
### (21 U.S.C. § 841(a)(1), (b)(1)(C))

On or about February 8, 2018, in the District of Oregon, defendant **RICK ALEXANDER SMITH**, did unlawfully and knowingly possess with the intent to distribute marijuana, in the form of butane hash oil and marijuana plants, a Schedule I controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE ALLEGATION

Upon conviction of either offense in Count 1 or 2, defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: September 18, 2019

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney